**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01619-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

THOMAS A. STOCKS, and
MICHELLE R. STOCKS,

    Plaintiffs,

v.

ELIZABETH VOLZ,
MICHAEL FAYE,
JESSE DAN HALLE,
HON. WILLIAM BLAIR SYLVESTER,
BRIAN CURTIS WILLIAMSON,
JOSHUA AMOS,
JAY WILFORD, and
JAMES O'CONNOR

    Defendants.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

---

Plaintiffs, Thomas A. and Michelle Rosales Stocks, currently reside in Aurora, Colorado.  They have submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order. Plaintiffs will be directed to cure the following if they wish to pursue their claims.  Any papers that Plaintiffs file in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___ is not submitted
(2)   ___ is missing affidavit

(3) \_\_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) \_\_ is missing certificate showing current balance in prison account
(5) \_\_ is missing required financial information
(6) \_\_ is missing an original signature by the prisoner
(7) \_\_ is not on proper form (must use the court's current form)
(8) \_\_ names in caption do not match names in caption of complaint, petition or habeas application
(9) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(10) \_\_ other:

**Complaint, Petition or Application**:
(11) \_\_ is not submitted
(12) _X_ is not on proper form (must use the Court's current form- *See* D.C.COLO.LCivR. 8.1.A)
(13) \_\_ is missing an original signature by the prisoner
(14) \_\_ is missing page nos. \_\_
(15) \_\_ uses et al. instead of listing all parties in caption
(16) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(17) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) \_\_ names in caption do not match names in text
(19) _X_ other: Must list each party on separate line of caption. *See* D.C.COLO.LCivR.10.1.J.

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Plaintiffs shall obtain the Court-approved form used in filing a Complaint and a 28 U.S.C. § 1915 Motion and Affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if they fail to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice. It is

3

FURTHER ORDERED that service of process is premature at this time. Any attempt to serve at this time is quashed.

DATED June 22, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

3